# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case Number: 4:23−cr−00139

Emmanuel Babajide Awolaja
Tia Nicole Chavis

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Emmanuel Babajide Awolaja, Tia Nicole Chavis as set forth below.**

**Before the Honorable Ewing Werlein, Jr**

**PLACE:**
Courtroom 11D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/26/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Pretrial Conference

Date: May 11, 2023                                                                 Nathan Ochsner, Clerk